**FILED**

06/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0224

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 23-0224

THOMAS C. WEINER, M.D.,

                    Plaintiff and Appellant

    v.

ST. PETER'S HEALTH, a Montana
Domestic Nonprofit Corporation,
d/b/a St. Peter's Hospital

                    Defendant and Appellee.

On Appeal from Montana First Judicial District Court, Lewis & Clark County
Cause No. CDV 2022-501, Hon. Kathy Seeley, District Court Judge

## GRANT OF UNOPPOSED SECOND EXTENSION OF TIME

Pursuant to the authority granted under Rule 26, M.R.App.P., and good cause appearing, Appellant's Unopposed Motion for Second Extension of Time is granted. Appellant may file and serve his opening brief in this matter on or before Friday, July 14, 2023.

DATED this _____day of June, 2023

_____
Clerk of Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 7 2023